SAMUEL WAPNITSKY, Respondent, v. CHARLES RHOADES, Appellant, et al., Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

■

FRED FAIRCHILDS, Appellant, v. PACO TANKERS, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

■

ROSALIND R. MCCARTER et al., as Executors of GEORGE W. C. MCCARTER, Deceased, Appellants, v. AMERICAN TRUST COMPANY, Respondent, et al., Defendant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

■

MITCHEL VALCICH, Appellant, v. DEPOT WAREHOUSE REALTY, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ. [See 284 App. Div. 875.]

■

HARRY W. SORKIN, Appellant, v. SIDNEY SEGAL et al., Copartners Doing Business under the Name of PREMIER BREAKFAST FURNITURE CO., Respondents. — Judgment unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

■

In the Matter of JOSEPH D. CONVERY et al., Appellants, against PAUL P. BRENNAN et al., Constituting the Municipal Civil Service Commission for the City of New York, Respondents. In the Matter of ALBERT ZAPPILE et al., Appellants, against PAUL P. BRENNAN et al., Constituting the Municipal Civil Service Commission for the City of New York, Respondents.— Orders unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Callahan, Breitel, Bastow, Botein and Bergan, JJ.

■

JOHN BRYANT, Appellant, v. PRESBYTERIAN HOSPITAL IN THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Callahan, Breitel, Bastow, Botein and Bergan, JJ.

■

In the Matter of ALFRED T. MANACHER, Respondent, against CENTRAL COAL Co., INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Callahan, Breitel, Bastow, Botein and Bergan, JJ.